AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

RAYMOND MARSEE,

     Petitioner,         JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: **3:07-cv-00116-BES-VPC**

G. WHORTON, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss (#9) is **GRANTED** and the petition is **DISMISSED** as untimely.

   March 25, 2008                            **LANCE S. WILSON**
                                                                            Clerk

                                                               /s/ Daniel R. Morgan
                                                                  Deputy Clerk